

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-13-00445-CV

**PNP PETROLEUM I**, LP and PNP Management, Inc.,
Appellant

v.

Edna Ernest **TAYLOR** and Elizabeth Earnest Herbst.,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 10-05-00167CVF
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellants Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on February 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court